# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00249-CV

## In re Temitope A. Olageshin

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the district court's order or orders regarding his child support obligations. A relator seeking mandamus relief has the burden of providing the Court with a sufficient record to establish the right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). By rule, the relator must file with the petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding." Tex. R. App. P. 52.7(a)(1). Here, Mr. Olageshin has provided no sworn record or exhibits in support of his submission. Accordingly, the petition is denied. *See* Tex. R. App. P. 52.8.

Gisela Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed: May 17, 2023